COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Avagene Harris v. Victor Kareh and North Cypress Hospital

Appellate case number:   01-18-00775-CV

Trial court case number:  2017-23927

Trial court:               125th District Court of Harris County

On February 19, 2019, appellant, Avagene Harris, filed a "Motion to Strike Sur-Reply Brief of Appellee," requesting that this Court strike the sur-reply brief filed by appellee, North Cypress Hospital, or, alternatively, that this Court grant Harris "leave to file an expedited [r]eply" brief to North Cypress Hospital's sur-reply brief.

We grant the motion in part and deny the motion in part. We **deny** Harris's request to strike North Cypress Hospital's sur-reply brief. We **grant** Harris leave to file a brief in reply to North Cypress Hospital's sur-reply brief. Harris's reply brief, if any, will be **due within 20 days of the date of this order**.

This Court will not entertain additional responsive briefing between these specific parties without a specific request from the Court.[1]

It is so ORDERED.

Judge's signature: _____/s/ Justice Julie Countiss_____
                  ☒ Acting individually    ☐ Acting for the Court

Date: ___March 7, 2019__

---

[1]     This order does not apply to appellee, Victor Kareh.